**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Erin Marie Clark,                                                 Case No. 22-31273

        Debtor.                                      Chapter 13

**ORDER SETTING EVIDENTIARY HEARING**

At Saint Paul, Minnesota.

This case came before the Court for a hearing on November 22, 2022 on confirmation of the Debtor's modified Chapter 13 plan. ECF No. 21. Andrew Pulkrabek's filed an objection to confirmation of the Debtor's modified Chapter 13 plan. ECF No. 23. At the hearing, appearances were made by Wesley Scott for the Debtor; George Warner for Andrew Pulkrabek; and Heather Forrest for the Chapter 13 Trustee. Based on the record,

**IT IS HEREBY ORDERED**:

1. An evidentiary hearing will be held on **Wednesday, December 28, 2022 at 9:30 a.m.**, unless the Court advises the parties otherwise. Evidence will be taken at the hearing.

2. Parties shall confer with each other as to whether the hearing will be in person, telephonic, or by Zoom and notify the calendar clerk at kristin_neff@mnb.uscourts.gov by **December 14, 2022**.

3. Parties shall prepare, serve, and file the following by **December 21, 2022**:

    a. Stipulation of facts which are not disputed;

    b. Stipulation regarding admissibility of exhibits and depositions;

    c. A final witness list containing the names, addresses, and brief summary of testimony of each witness the party will call. A person not listed on this list may not testify during the party's case-in-chief;

    d. A final exhibit list containing a description of all exhibits to be offered at the hearing. Exhibits not on this list may not be offered during the party's case-in-chief. Each exhibit shall be marked and the list shall identify the exhibits by their letters or numbers. All pages of each exhibit shall have bate-stamped page numbers. The Debtor shall designate all exhibits by letter, and Andrew Pulkrabek shall designate all exhibits by number.

4. Parties shall email exhibits to wjfchambers@mnb.uscourts.gov by **December 26, 2022.**

                                            **BY THE COURT:**

Dated: *November 28, 2022*                    */e/William J. Fisher*
                                                   William J. Fisher
                                                   United States Bankruptcy Judge