# UNITED STATES BANKRUPTCY COURT DISTRICT OF MINNESOTA

In re:
Erin Marie Clark

Debtor.

Case No. 22-31273

Chapter 13

# ORDER

This case is before the court on the expedited motion of Andrew J. Pulkrabek, for relief from the automatic stay imposed by 11 U.S.C. § 362(a). Appearances were made at the hearing by Wesley Scott for the Debtor; George Warner for Andrew Pulkrabek; and Heather Forrest for the Chapter 13 Trustee. Based on the Motion and the file, record and proceedings herein,

IT IS ORDERED:

The Movant's expedited motion for relief from stay is DENIED without prejudice for the reasons stated on the record.

Dated: *December 15, 2022*

BY THE COURT:

*/e/William J. Fisher*

William J. Fisher
United States Bankruptcy Judge