# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MINNESOTA

In re:  
Erin Marie Clark                                                Case No. 22-31273

Debtor.                                                            Chapter 13

## ORDER

This case came before the Court on Debtor's Motion for an Expedited Hearing and Motion for Continuance of the Evidentiary Hearing that is currently scheduled for December 28, 2022. Appearances were made at the hearing by Wesley Scott for the Debtor; George Warner for Andrew Pulkrabek; and Heather Forrest for the Chapter 13 Trustee. Based on the Motion and the file, record and proceedings herein,

IT IS ORDERED:

1. The Debtor's Motion for an Expedited Hearing is Granted.

2. The Debtor's Motion for a Continuance is Granted.

3. The Debtor must verify the motion within five business days.

BY THE COURT:

Dated: *December 15, 2022*           */e/William J. Fisher*

William J. Fisher  
United States Bankruptcy Judge