# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>Erin Marie Clark,<br><br>　　　　　　Debtor. | Chapter 13<br>Case No. 22-31273 (WJF) |

## ORDER GRANTING RELIEF FROM STAY

This case is before the Court on the parties' Stipulation [ECF 38] and the Court's prior Order [ECF 39] regarding relief from the automatic stay imposed by 11 U.S.C. § 362(a). Based on the record, the Court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED:**

1. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the Movant may exercise his rights and remedies under applicable nonbankruptcy law with respect to the property located at:

　　1500 Circle Drive, Burnsville, Minnesota 55337

3. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: *January 31, 2023*

*/e/William J. Fisher*
_____
William J. Fisher
United States Bankruptcy Judge