UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: Erin Marie Clark

Chapter 13
Case No. 22-31273

Debtor(s).

# NOTICE OF HEARING AND MOTION
# TO WITHDRAW AS DEBTOR(S) ATTORNEY

TO: THE COURT, UNITED STATES TRUSTEE, TRUSTEE, AND ALL DEBTORS CREDITORS:

1. Wesley W. Scott, attorney for the above-named debtor(s) moves the Court for the relief requested below and gives notice of hearing.

2. The Court will hold a hearing on this motion at February 21, 2023 at 2:00 pm. The hearing will be conducted TELEPHONICALLY. Please dial 1-888-684-8852 to call in for the hearing. When prompted, enter access code: 5988550. When prompted, enter security code: 0428. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing. .

3. Any response to this motion must be filed and delivered not later than February 16, 2023, which is five days before the time set for the hearing (including Saturdays, Sundays and legal holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

4. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Bankruptcy Rule 5005 and Local Rule 9010-3(e). This motion is filed under Local Rule 9010-3(e); for professional and ethical reasons, Movant requests an Order allowing debtor(s) attorney

to withdraw from representation of debtor(s) in the above bankruptcy case.   This proceeding is a core proceeding. The petition commencing this Chapter 13 case was filed on August 10, 2022. The case is now pending in this Court.

Dated: February 3, 2023

Life Back Law, P.A.

 /e/   Wesley W. Scott
Wesley W. Scott
Attorney for Debtors 13
7TH Avenue South St.
Cloud, MN 56301
(320) 252-0330
Wes@lifebacklaw.com

**VERIFICATION**

I, Wesley W. Scott, the movant named in the foregoing Notice of Hearing and Motion for permission to withdraw as attorney for debtor(s), declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated:

 /e/   Wesley W. Scott

Attorney for Debtor(s)

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:
  Erin Marie Clark                                       Case No. 22-31273
                                                                                Chapter 13

              Debtor(s).

**MEMORANDUM OF LAW**

Local Rule of the United States Bankruptcy Court for the District of Minnesota 9010-3(e)(2) is written in pertinent part to provide that:

> ...An attorney in a bankruptcy case whose employment was subject to approval by the court, an attorney for any party in an adversary proceedings, or an attorney for a debtor in a Chapter 7 or 13 case who wishes to withdraw without a substitution of attorney shall make a motion for leave to withdraw".

Debtor(s), Erin Marie Clark, hired movant as her attorney on or about August 9, 2022. Subsequent to hiring movant as her bankruptcy attorney, movant's office prepared a bankruptcy petition, which was signed by Erin Marie Clark and was filed on August 10, 2022. There has been no substitution of attorney on behalf of the debtor(s).

For professional and ethical reasons, pursuant to Local Rule of the United States Bankruptcy Court for the District of Minnesota 9010-3(e)(2) movant respectfully requests an Order granting permission to withdraw as attorney for Erin Marie Clark

Dated: February 3, 2023

                                                            Life Back Law, P.A.

                                                            /e/ Wesley W. Scott
                                                            Wesley W. Scott Attorney for Debtors
                                                            13 7TH Avenue South
                                                            St. Cloud, MN 56301
                                                            (320) 252-0330
                                                            Wes@lifebacklaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Erin Marie Clark                                                                    Case No: 22-31273
                                                                                    Chapter 13

    Debtors.

**ORDER**

    This matter came on for hearing before the undersigned bankruptcy Judge on the 21st day of February, 2023.

    Upon the Motion of debtors' attorney, and the documents of record herein, and the Court being fully advised in the premises.

    IT IS ORDERED:

    That debtors attorney, Wesley W. Scott, is hereby granted permission to withdraw as attorney for the above-named debtors, Erin Marie Clark.

    Dated: _____

_____
William J. Fisher
United States Bankruptcy Judge

```
Label Matrix for local noticing        St Paul                                  Amer Cr Acpt
0864-3                                  200 Warren E. Burger Federal Building   961 E Main St
Case 22-31273                           and U.S. Courthouse                     Spartanburg SC 29302-2185
District of Minnesota                   316 N Robert St
St Paul                                 St Paul, MN 55101-1495
Fri Feb  3 14:29:43 CST 2023

Andrew J. Pulkrabek                     Andrew Pulkrabek                        Capital Bank N.A.
c/o Robin Williams                      c/o Robin Williams                      2275 Research Blvd. Ste 600
333 Washington Avenue N, #300           333 Washington Avenue N. #300           Rockville MD 20850-6238
Minneapolis MN 55401-1353               Minneapolis MN 55401-1353


Internal Revenue Service                MN Dept of Revenue                      (p)MOHELA
Centralized Insolvency                  Attn: Denise Jones                      CLAIMS DEPARTMENT
PO Box 7346                             PO Box 64447                            633 SPIRIT DRIVE
Philadelphia PA 19101-7346              Saint Paul MN 55164-0447                CHESTERFIELD MO 63005-1243


Sunrise Banks                           US Trustee                              Wells Fargo Bank N.A., d/b/a Wells Fargo Aut
Attn: Bankruptcy                        1015 US Courthouse                      PO Box 130000
200 University Avenue West              300 S 4th St                            Raleigh, NC 27605-1000
Saint Paul MN 55103-2075                Minneapolis, MN 55415-3070


Erin Marie Clark                        Gregory A Burrell                       Wesley W. Scott
1500 Circle Drive                       100 South Fifth Street                  LifeBack Law Firm, PA
Burnsville, MN 55337-2312               Suite 480                               13 Seventh Ave S
                                        Minneapolis, MN 55402-1250              St Cloud, MN 56301-4259
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
MOHELA
Attn: Bankruptcy
633 Spirit Drive
Chesterfield MO 63005
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Andrew J. Pulkrabek                  End of Label Matrix
                                        Mailable recipients    14
                                        Bypassed recipients     1
                                        Total                  15
```

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:  Erin Marie Clark                                            Case No. 22-31273
                                                                     Chapter 13


Debtors.

---

**UNSWORN CERTIFICATE OF SERVICE**

---

    I, Julie Sypnieski, declare under penalty of perjury that on February 3, 2023 she caused to be served the Notice of Hearing and Motion for Leave to Withdraw as Debtors Attorney and Memorandum via the CM/ECF system to those parties requesting electronic notification and upon all parties in interest at the addresses set forth in the exhibit which is attached hereto and on the debtors, by first class mail:


Dated: February 3, 2023                                   /e/ Julie Sypnieski
                                                          Julie Sypnieski
                                                          Life Back Law , P.A.