# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---

In re:  

Erin Marie Clark  
*aka* Erin Marie Riley,  

    Debtor.

Case No. 22-31273  

Chapter 13

---

# ORDER

---

This case came before the Court on May 23, 2023 for a hearing on two matters: (1) the Chapter 13 Trustee's amended motion to dismiss and request for a bar to refile (ECF No. 57); and (2) confirmation of the Debtor's modified Chapter 13 plan (ECF No. 37). Andrew J. Pulkrabek and the United States Trustee filed joinders to the Chapter 13 Trustee's motion. ECF Nos. 62–3. The Debtor did not oppose the Chapter 13 Trustee's motion. Andrew J. Pulkrabek also objected to confirmation of the Debtor's modified Chapter 13 plan. ECF No. 51. At the hearing, appearances were made by Heather Forrest for the Chapter 13 Trustee; Colin Kreuziger for the United States Trustee; and George Warner for Andrew J. Pulkrabek. The Debtor did not appear. Based on the record,

**IT IS ORDERED:**

1. Confirmation of the Debtor's modified Chapter 13 plan, ECF No. 37, is **DENIED**.

2. As no opposition to dismissal was filed, the Court will enter an order dismissing this case. However, the Debtor has **seven days** from the date of the entry of this Order to oppose the two-year bar to refiling. If no such opposition is filed within the time allowed, the Court will enter an order dismissing this case with prejudice for a period of up to two years.

**BY THE COURT:**

Date: *May 23, 2023*

*/e/William J. Fisher*  
William J. Fisher  
United States Bankruptcy Judge